IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARQUETH WILSON, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:13-cv-3600-O |
| AMERICAN HOME ASSURANCE COMPANY, | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Court **GRANTS** Defendant's Motion to Dismiss (ECF No. 6) and **DISMISSES with prejudice** Plaintiff's claims.

**SO ORDERED** on this **2nd day** of **April, 2014.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE